UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SCOT McCASKILL, | ) | |
| | ) | |
| Appellant/Debtor, | ) | |
| | ) | |
| vs. | ) | No. 4:06CV1337-DJS |
| | ) | |
| FIRST FRANKLIN FINANCIAL | ) | |
| CORPORATION and SAXON MORTGAGE | ) | Case No. 05-52160-293 |
| SERVICES, INC., | ) | Chapter 7 |
| | ) | Adv. No. 05-4340-399 |
| Appellees/Defendants. | ) | |

## JUDGMENT

Pursuant to the memorandum opinion entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the United States Bankruptcy Court's May 25, 2006 "Order Partially Granting and Partially Denying Defendants' Motion for Judgment on the Pleadings" is AFFIRMED.

Dated this   12th   day of April, 2007.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE